IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAUL WENGER & MARLENE
WENGER,
        Plaintiffs,

v.                                         Civil Action No. 3:22cv476

THE GOODYEAR TIRE &
RUBBER COMPANY, et al.
        Defendants.

## ORDER

On August 5, 2022, the plaintiffs filed a notice of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to one of the defendants in this case, Sumitomo Rubber Industries Ltd. (ECF No. 17.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to terminate Sumitomo Rubber Industries Ltd. as a defendant in this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: __8__ August 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge